UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD DE'ERIC KIRKLAND,

    Petitioner,

v.                                Case No. 3:16cv482-LC-HTC

SECRETARY of the FLORIDA DEPARTMENT
  OF CORRECTIONS,

    Respondent.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on March 23, 2022 (ECF No. 57). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:16cv482-LC-HTC

Accordingly, it is **ORDERED**:

1. The petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Kirkland*, 2008-CF-2150, in the First Judicial Circuit, in and for Escambia County, Florida, ECF Doc. 1, is DENIED without an evidentiary hearing.

2. A certificate of appealability is DENIED.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of June, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:16cv482-LC-HTC